```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF TEXAS
                       CORPUS CHRISTI DIVISION
```

United States District Court
Southern District of Texas
ENTERED
JAN 24 2000
Michael N. Milby, Clerk of Court

| | |
|---|---|
| ALEX MELVIN WADE | § |
| | § |
| V. | § C.A. NO. C-00-14 |
| | § |
| TEXAS DEPARTMENT OF CRIMINAL | § |
| JUSTICE, INSTITUTIONAL | § |
| DIVISION, ET AL. | § |

## ORDER OF TRANSFER

Proceeding *pro se*, plaintiff filed a civil rights action under 42 U.S.C. § 1983 (D.E. 1) alleging constitutional violations. Plaintiff is an inmate currently incarcerated in the Lopez State Jail Facility in Edinburg, Hidalgo County, Texas. The events giving rise to this action took place at the Lopez State Jail Facility. The majority of the defendants named are attached to the Lopez State Jail Facility. Hidalgo County, Texas, is located within the McAllen Division of the Southern District of Texas. 28 U.S.C. § 124(b)(7).

Accordingly, in the interest of justice and for the convenience of the parties and witnesses, it is hereby ORDERED that this case be transferred to the United States District Court for the Southern District of Texas, McAllen Division, pursuant to 28 U.S.C. §§ 1391(b), 1404(a).

ORDERED this 21 day of January, 2000.

Jane Cooper-Hill
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE